# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bohm, Carlota M. | U.S. Bankruptcy Court for the Western District of PA | 11/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

54th Floor US Steet Tower
600 Grant Street
Pittsburg, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 11/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Income from prior Misc. Bankruptcy/Trustee Related | $19,418.87 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Westinghouse Electric Co. -pension plan - See Part VIII - additional information |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Erie County Bar Assoc. | 07/23/2015 - 07/25/2015 | Erie, PA | Seminar/Program | Transportation, meals, lodging |
| 2. | NCBJ/CLLA | 09/27/2015 - 09/30/2015 | Miami, FL | Seminar/Program | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 11/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Jackson National Annuity - Fixed Income Annuity | A | Dividend | N | T | | | | | |
| 2. Jackson National Annuity -JNL/S&P Managed Moderate Growth Fund | A | Dividend | M | T | | | | | |
| 3. Touchstone Sands Capital Select Growth Fund (CFSIX f/k/a TSNAX) | B | Dividend | L | T | Sold (part) | 12/08/15 | J | A | |
| 4. Pioneer Disciplined Value Fund (CVFYX) | A | Dividend | | | Sold (part) | 07/21/15 | J | A | |
| 5. | | | | | Sold | 08/19/15 | K | A | |
| 6. Lord Abbett Value Opportunities Fund (LVOFX f/k/a LVOAX) | A | Dividend | | | Sold (part) | 12/08/15 | J | A | |
| 7. | | | | | Sold | 12/30/15 | K | A | |
| 8. Lord Abbett Fundamental Equity Fund (LAVFX f/k/a LDFVX) | A | Dividend | | | Sold | 08/19/15 | K | A | |
| 9. Oppenheimer Developing Markets Fund (ODVYX f/k/a ODMAX) | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 10. Pioneer Strategic Income Fund (STRYX f/k/a PSRAX) | B | Dividend | | | Sold (part) | 12/08/15 | J | A | |
| 11. | | | | | Sold | 12/30/15 | K | A | |
| 12. Pioneer Pioneer Fundamental Growth Fund (FUNYX) | A | Dividend | K | T | Sold | 12/28/15 | J | A | |
| 13. Invesco Select Companies Fund (ATIYX f/k/a ATIAX) | A | Dividend | | | Sold (part) | 12/08/15 | J | A | |
| 14. | | | | | Sold | 12/30/15 | K | A | |
| 15. Henderson Intl Opportunities Fund (HFOIX f/k/a HFOAX) | A | Dividend | K | T | Sold (part) | 12/08/15 | J | A | |
| 16. Loomis Sayles Strategic Income Fund (NEZYX f/k/a NEFZX) | A | Dividend | | | Sold | 08/19/15 | J | A | |
| 17. JP Morgan Us Equity Fund Select (JUESX) | A | Dividend | L | T | Buy (add'l) | 08/19/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/08/15 | J | A | |
| 19. | | | | | Sold | 12/30/15 | L | A | |
| 20. Sun American Focused Dividend Strategy Fund (FDSWX) | A | Dividend | K | T | Buy (add'l) | 08/19/15 | K | | |
| 21. | | | | | Sold (part) | 12/08/15 | J | A | |
| 22. Touchstone Small Cap Value Opportunities Fund (TSOYX) | A | Dividend | K | T | Buy (add'l) | 12/30/15 | K | | |
| 23. Loomis Sayles Investment Grade Bond (LHYFX n/k/a LSIIX) | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 24. Lord Abbett HighYield Fund (LHYFX) | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 25. AB High Income Fund (AGDYX) | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 26. | | | | | Sold | 12/30/15 | J | A | |
| 27. Virtus Emerging Markets Opportunities (HIEMX) | | None | J | T | Buy | 12/30/15 | J | | |
| 28. PIMCO Income Fund (PONPX) | | None | K | T | Buy | 12/30/15 | K | | |
| 29. Hennessy Focus 30 Fund Inst (HIMDX) | | None | K | T | Buy | 12/30/15 | K | | |
| 30. Wells Fargo Large Cap Core Fund (EGOIX) | | None | L | T | Buy | 12/31/15 | K | | |
| 31. USB Bank USA Dep Account (X) | A | Interest | J | T | | | | | |
| 32. Fidelity Japan Smaller Companies (FJSCX) (X) | A | Dividend | | | Sold (part) | 12/18/15 | J | A | |
| 33. | | | | | Sold | 12/22/15 | J | A | |
| 34. Fidelity Growth Strategies Fund (FDEGX) (X) | A | Dividend | | | Sold | 12/18/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Autoliv, Inc (ALV) (X) | A | Dividend | J | T | | 12/15/15 | | | |
| 36. CBS Stock (X) | A | Dividend | J | T | | 12/15/15 | | | |
| 37. Eli Lilly (LLY) (X) | A | Dividend | J | T | | 12/15/15 | | | |
| 38. Viacom, Inc (VIAB) (X) | A | Dividend | J | T | | 12/15/15 | | | |
| 39. Vanguard Energy (VGENX) (X) | A | Dividend | J | T | | 12/23/15 | | | |
| 40. Vanguard European Stock Index Adm FD (VEUSX) (X) | A | Dividend | J | T | | 12/23/15 | | | |
| 41. Vanguard Global Equity (VHGEX) (X) | A | Dividend | J | T | | 12/23/15 | | | |
| 42. Vanguard International Value Fund (VTRIX) (X) | A | Dividend | J | T | | 12/23/15 | | | |
| 43. Vanguard PRIMECAP Fund (VPMCX) (X) | A | Dividend | J | T | | 12/23/15 | | | |
| 44. Vanguard Windsor II Inv Fund (VWNFX) (X) | A | Dividend | | | Sold | 12/24/15 | J | A | |
| 45. Rental Property-Pgh PA (2011 - pd. $150,000.00) (Y) | | | | | | | | | |
| 46. Dollar Bank account (Y) | | | | | | | | | |
| 47. PNC Bank Account | A | Interest | L | T | | | | | |
| 48. Roam Bally IV, LP | A | Interest | | | Sold | 12/31/15 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 11/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. B - My divorce was was final on 01/15/2015. I do not believe that my former spouse received any other income than what has been listed in Part III B.

VII - the rental property -listed on line 59 has been transfered to my former spouse on 4/20/2015 as part of the divorce.

The Dollar Bank account was closed in 2014 and I accidently forgot to report the closing of the account.

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 11/16/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlota M. Bohm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544